UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

**Lee Etta Renett Smith**

Soc. Sec. No. xxx-xx-9486
Mailing Address: 1304 Bacon Street, , Durham, NC
27707-

Case No. 08-81323- -
Chapter 13

Debtor.

# ORDER SHORTENING TIME FOR NOTICE
# AND GRANTING EXPEDITED HEARING

**ON MOTION** of the Debtor pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for an order to shorten time for notice and for an expedited hearing on the **Motion to Incur Indebtedness** with Santander Consumer USA in an amount not to exceed $14,007.00, filed by the Debtor, and for good cause shown, it is

**ORDERED** that the motion for expedited hearing and to shorten time for notice be, and hereby is, allowed, and it is further

**ORDERED** that a hearing on the Debtor's **Motion to Incur Indebtedness** will be held in the Courtroom, Venable Center, Dibrell Building, Suite 280, 302 East Pettigrew St., Durham, North Carolina, 27701-3747, on the _____ day of _____, 200\_, at _____ \_\_.m.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
D U R H A M DIVISION

**Lee Etta Renett Smith**

Soc. Sec. No. xxx-xx-9486
Mailing Address: 1304 Bacon Street, , Durham, NC 27707-

Case No. 08-81323- -
Chapter 13

Debtor.

## SERVICE LIST FOR
## ORDER SHORTENING TIME FOR NOTICE AND
## GRANTING EXPEDITED HEARING

| Richard M. Hutson, II<br>Chapter 13 Trustee | The Law Offices of John T. Orcutt, P.C.<br>Attorney for Debtor<br>6616-203 Six Forks Rd.<br>Raleigh, N.C. 27615 |
|---|---|
| Lee Etta Renett Smith<br>1304 Bacon Street<br><br>Durham, NC 27707- | Michael West<br>Bankruptcy Administrator |
| Santander Consumer Usa<br>**Financier**<br>Edocs Program Ste 2039<br>3268 Progress Way<br>Wilmington, OH 45177- | |
| All creditors with duly filed claims as indicated on the Trustee's Report of Filed Claims. ||