C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: ) No. B-08-81323 C-13D
Lee Etta R. Smith )
)
)
Debtor(s) )

## ORDER AUTHORIZING DEBTOR TO INCUR INDEBTEDNESS

On July 8, 2010, a hearing was held on the Motion by the Debtor for permission to borrow funds to purchase a replacement vehicle. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtor; Richard M. Hutson II, Standing Trustee appeared; and no other party appeared or objected to the Debtor's Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that the Motion should be allowed; therefore, it is ORDERED:

1. The Motion of the Debtor for permission to borrow funds for the purchase of a replacement vehicle is granted.

2. The Debtor is permitted to obtain financing from Santander in the approximate amount of $14,007.00, payable with interest at a rate of approximately 16% per annum, and principal and interest payable in monthly installments of approximately $303.83.

3. The Debtor is authorized to execute such documents as may be required to effectuate the purchase and financing of the vehicle.

4. John T. Orcutt, Esq., counsel for the Debtor, is allowed attorney fees in the amount of $250.00, to be paid as an administrative claim, for services rendered in the filing of this Motion.

**PARTIES IN INTEREST**
**Page 1 of 1**
**08-81323 C-13D**

Lee Etta R. Smith
1304 Bacon St.
Durham, NC  27707

Brent C. Wootton, Esq.
3200 Croasdaile Dr., Ste. 504
Durham, NC 27705

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702